IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CODY STAYLER, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) ROHOHO, INC. ) ) Defendant. ) ) | C.A. No. 2:16-cv-1235-RMG |

**SECOND RENEWED JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiff Cody Stayler and opt-in Plaintiffs Amanda Boyce, Zach Butler, James Gribben, James Lazar, Joshua Murray, and Matthew Richards ("Plaintiffs") and Defendant Rohoho, Inc. ("Defendant"), file this second renewed joint motion for approval of settlement to address the Court's remaining concern expressed in its February 14, 2019 Order (Doc. 22). Based on that Order, the parties have attached seven addenda executed by the parties.[1] Through these addenda, the parties have reduced the attorney fee and cost recovery to a total of $15,000.00 for attorney's fees and a total or $2,202.29 for costs. The Plaintiffs will receive the remainder of the settlement proceeds.

WHEREFORE, for the reasons set forth above and in the Parties' prior Motions for Settlement Approval (Doc. Nos. 13 and 21), which are incorporated by reference, the parties pray this Court approve their settlements and dismiss the case with prejudice.

---

[1] In its February 14, 2019 Order the Court noted that the signature page for Amanda Boyce's first Addendum to the Settlement Agreement was not included. This addendum is also attached for the record.

2

| ATTORNEYS FOR PLAINTIFFS | FOR DEFENDANTS |
|---|---|
| By: s/ *Mark Alan Potashnick* <br> Mark Alan Potashnick (admitted *pro hac vice*) <br> Email:  markp@wp-attorneys.com <br><br> WEINHAUS & POTASHNICK <br> 11500 Olive Blvd., Ste. 133 <br> St. Louis, Missouri 63141 <br> Telephone: (314) 997-9150 <br> Facsimile: (314) 997-9170 <br><br> Richard M. Paul III <br> PAUL LLP <br> 601 Walnut Street, Suite 300 <br> Kansas City, MO 64106 <br> Telephone: (816) 984-8100 <br> Facsimile:   (816) 984-8101 <br><br> ATTORNEYS FOR PLAINTIFFS | s/T. Chase Samples <br> D. Christopher Lauderdale (Fed. Bar No. 9051) <br> T. Chase Samples (Fed. Bar No. 10824) <br> JACKSON LEWIS P.C. <br> 15 South Main Street, Suite 700 <br> Greenville, South Carolina 29601 <br> Telephone: 864-232-7000 <br> Facsimile: 864-235-1381 <br> Email: lauderdc@jacksonlewis.com <br>          chase.samples@jacksonlewis.com <br><br> ATTORNEYS FOR DEFENDANT <br> RO HO HO, INC. |

4838-1626-9939, v. 1